**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MEE INDUSTRIES,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:05-cv-1520-Orl-31DAB**

**DOW CHEMICAL COMPANY,**

        **Defendant.**

## ORDER

Upon consideration of the Plaintiff's Revised and Final Calculations of Prejudgment Interest (Doc. 72), the Clerk is **DIRECTED** to enter judgment in the amount of $4,441,916.64, which sum includes $1,591,916.64 in prejudgment interest, in favor of the Plaintiff, Mee Industries, against the Defendant, Dow Chemical Company. After entry of judgment, the Clerk is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 11, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party